

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-17-00026-CV

Michele R. **PAULI** and Alann Torres,
Appellants/Cross-Appellees

v.

Michael D. **HAYES** and Teresa C. Hayes,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file notice of cross-appeal is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court